UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| JOHNNY ODIS STINNETT, Individually, and as Special Administrator Of the Estate of ODIS CARLTON STINNETT, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC., a West Virginia Corporation, ACTAVIS GROUP, hf., ACTAVIS TOTOWA, LLC, MYLAN BERTEK PHARMACEUTICALS, INC., and UDL LABORATORIES, INC., and WAL-MART STORES, Inc.,<br><br>Defendants. | Civil Action No. 2:10-cv-02035 |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING TRANSFER TO MDL

Defendants Actavis Totowa LLC, Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc. and UDL Laboratories, Inc., filed their Motion to Stay any further proceedings in this matter until such time as the action is transferred to the multidistrict litigation court ("MDL") in the United States District Court for the Southern District of West Virginia.

The Court, having reviewed the Motion, and being well-advised, finds that the Motion should be GRANTED. It is therefore

ORDERED that all proceedings in this matter shall be stayed until such time as the action is transferred to the MDL.

SO ORDERED.

_____
Honorable Robert T. Dawson

3/12/10

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 12 2010

CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK